IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) HILARIO MATEO-SALAS<br>2) JOSE ANTONIO ROMANO-ACOSTA<br>Defendants | CRIMINAL 94-0386CCC |

**O R D E R**

Having considered the Motion to Return Personal Property Pursuant to Federal Rules of Criminal Procedure, Rule 41(g) filed by defendant Hilario Mateo-Sala (**docket entry 64**) and the United States' Reply (**docket entry 65**), the same is DENIED as to the personal identification documents, i.e. passport, driver's license, bank card, resident alien card and social security card. These documents must be requested directly from the United States Immigration and Customs Enforcement agency. The motion is GRANTED, however, as to the wallet, which shall be returned to defendant's wife at the address provided in the motion.

SO ORDERED.

At San Juan, Puerto Rico, on April 9, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge